UNITED STATES of America,
Plaintiff–Appellee,

v.

Albert Borja LUCENA, Defendant–Appellant.

No. 00–10490.
D.C. No. CR–00–00044–JSU.

United States Court of Appeals,
Ninth Circuit.

Submitted May 14, 2001 *.

Decided May 30, 2001.

Before PREGERSON, FERNANDEZ and WARDLAW, Circuit Judges.

---

1. The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM \*\*

Albert Borja Lucena appeals his conviction and 288–month sentence imposed following a jury trial conviction for being an ex-felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Lucena contends that in light of *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435, (2000), the district court erred by enhancing his sentence under the Armed Career Criminal Act and 18 U.S.C. § 924(e) for having three prior convictions for violent felonies, when the fact of those prior convictions were neither charged in the indictment, nor proven beyond a reasonable doubt at trial. Because Lucena failed to object to the use of the priors to enhance his sentence, we review for plain error. *See United States v. Pacheco–Zepeda*, 234 F.3d 411, 413 (9th Cir.), *amended* Feb. 8, 2001, *cert. denied*, —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001).

Lucena's claim is without merit. *Apprendi* created an exception for prior convictions holding that "other than the fact of a prior conviction, any fact that increases the penalty for a crime beyond the prescribed statutory maximum must be submitted to a jury, and proved beyond a reasonable doubt." *Id.*, 530 U.S. 466, 120 S.Ct. at 2362–63; *see also Jones v. United States*, 526 U.S. 227, 248, 119 S.Ct. 1215, 143 L.Ed.2d 311 (1999); *Almendarez–Torres v. United States*, 523 U.S. 224, 239, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998); *Pacheco–Zepeda*, 234 F.3d at 413–414.

AFFIRMED.

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

